**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mark Missman

                                Plaintiff,

v.                                        Case No.:
1:26–cv–06548

Honorable John F. Kness

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 5, 2026:

      MINUTE entry before the Honorable John F. Kness: Plaintiff has filed a "Notice of Dismissal" [12]. Because the Notice of Dismissal was filed before the opposing parties served either an answer or a motion for summary judgment, the case is dismissed without prejudice consistent with the terms of the Notice and by operation of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. See Nelson v. Napolitano, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal &quo;t;is self–executing and effective without further action from the court"). Each party is to bear its own fees and costs. The hearing set for 6/9/2026 is stricken. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.